**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
MARIA A. MENCOS, ESQ. (#17098)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
Aml@lagomarsinolaw.com
Maria@lagomarsinolaw.com
*Attorneys for Plaintiff Kylie Krakow*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KYLIE KRAKOW, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> JOSHUA BISSELL, an individual; <br><br> Defendant. | CASE NO.: 2:25-cv-01020-JAD-DJA <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** <br><br> ECF Nos. 17, 20 |

Plaintiff KYLIE KRAKOW by and through her attorneys of record, and Defendant JOSHUA BISSELL, by and though his attorneys of record, hereby stipulate that the above-captioned action is dismissed with prejudice as to all claims against Defendant, with each party to be responsible for their own fees and costs.

**IT IS SO STIPULATED AND AGREED.**

DATED this 2nd day of June, 2026.

**LAGOMARSINO LAW**

/s/ *Maria A. Mencos*
ANDRE M. LAGOMARSINO, ESQ. (#6711)
MARIA A. MENCOS, ESQ. (#17098)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
*Attorneys for Plaintiff Kylie Krakow*

DATED this 2nd day of June, 2026.

**MARQUIS AURBACH**

/s/ *McKenna J. Sullivan*
BRIAN R. HARDY ESQ. (#10068)
MCKENNA J. SULLIVAN, ESQ. (#16634)
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
*Attorneys for Defendant Joshua Bissell*

## ORDER

Based on the parties' stipulation **[ECF No. 20]** and good cause appearing, IT IS ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The pending motion **[ECF No. 17]** is DENIED as moot. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey  6/3/26